LAW OFFICES OF CHRISTIAN J. GARRIS
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90071
Telephone: (213) 624-2900
Facsimile: (213) 624-2901
Email: cjg@christiangarris.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA INGLES, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. EDCV13-00570 JGB (OPx)<br><br>**JUDGMENT**<br><br>Judge:　Hon. Jesus G. Bernal<br>Ctrm.:　1 (Riverside) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Affirming in Part and Reversing in Part Defendant's Termination of Benefits of January 13, 2015 (Docket No. 21), judgment shall be entered in favor of Sandra Ingles ("Plaintiff") and against Defendant Aetna Life Insurance Company ("Aetna") as follows:

1.　Plaintiff was employed by Boeing as a software engineer.

2.　Plaintiff was insured by Aetna under a long-term disability ("LTD") plan insured and administered by Aetna under which Plaintiff was a participant.

3.　Plaintiff's last day of work was April 20, 2009.

4.　Aetna paid some LTD benefits.

5.  Aetna terminated Plaintiff's claim to further LTD benefits in a letter dated September 28, 2011.

6.  Plaintiff appealed Aetna's denial, which Aetna also denied.  This action followed, and the parties briefed the issue to the Court.

7.  The Court ruled on January 13, 2015, that LTD benefits were payable for not more than 24 months pursuant to the Plan's mental health or psychiatric condition provision.

8.  Aetna's decision to deny benefits is subject to the abuse of discretion standard.

9.  Aetna abused its discretion in failing to pay LTD benefits for the full 24 months.  LTD payments should have been made by Aetna from October 19, 2009, through October 18, 2011, with correct calculations made for any offsets for other benefits received by Plaintiff.

10.  The Parties agree that the total amount of benefits owed to Plaintiff is $2,621.40.

11.  Therefore, the Court orders judgment in favor of Plaintiff and against Aetna in the amount of $2,621.40.

12.  Plaintiff shall file motions for attorney fees and costs.

IT IS SO ORDERED.

DATED:  April 7, 2015          By: _____
                                   Hon. Jesus G. Bernal
                                   United States District Judge